JAMES G. MARTIN, Respondent, *v.* HUGH N. CAMP, JR., as Executor of FREDERIC E. CAMP, Deceased, et al., Appellants.

(Submitted February 26, 1917; decided March 6, 1917.)

MOTION to amend order denying motion for re-argument. (See 219 N. Y. 170; 219 N. Y. 627.)

Motion granted to the extent of amending order by inserting the following recital: "Upon the argument of this motion counsel for the respondent James G. Martin presented and argued the following point: The decision of this cause made on October 3, 1916, is in conflict with section 10 of article 1 and the Fourteenth Amendment of the Constitution of the United States."

---

GARRET KELLY, Appellant, *v.* FRANCIS DYKES et al., Individually and as Trustees of MILLIKEN BROTHERS, INCORPORATED, Respondent.

*Kelly* v. *Dykes*, 174 App. Div. 786, appeal dismissed.
(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants his employers.

The motion was made upon the ground that the reversal was upon questions of fact as well as of law.

*E. Clyde Sherwood* for motion.

*Leonard F. Fish* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.